# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In Re: | : |
| | : |
| GARY JEROME PASCHAL, | : BANKRUPTCY CASE |
| | : NO. 08-31897-DHW |
| Debtor. | : |
| SUNTRUST MORTGAGE, INC., | : JUDGE: DWIGHT H. WILLIAMS |
| | : |
| Movant, | : CHAPTER 13 |
| vs. | : |
| GARY JEROME PASCHAL, Debtor, and | : |
| CURTIS C. REDING, Trustee, | : |
| | : |
| Respondents. | : |

## ORDER CONDITIONALLY DENYING RELIEF

This matter is before the Court on the motion of SunTrust Mortgage, Inc. (hereinafter "Creditor") seeking relief from the automatic stay to proceed with applicable non-bankruptcy remedies with regard to the property which legal description is contained in the mortgage attached to the motion. The parties advised the Court that they had reached an agreement with regard to the disposition of this matter. Therefore, BY AGREEMENT OF PARTIES, it is hereby,

ORDERED that the motion for relief from automatic stay of SunTrust Mortgage, Inc., its successors and assigns is CONDITIONALLY DENIED. The post-petition arrearage, which has accumulated in this case through March 23, 2009, consists of $3,582.22, plus attorney's fees of $700.00 and filing fees in the amount of $150.00, which totals $4,432.22. The arrearage shall be placed inside the Chapter 13 plan and paid through the office of the Trustee. Creditor shall file a claim accordingly. The claim shall have a fixed payment amount of $83.00. Debtor's payment to the Trustee shall increase to $70.00 per week. Debtor will resume direct payments beginning , and each month thereafter, payment shall be made on the date it is due under the terms of the note and mortgage.

The provisions of this Order shall continue to remain in force and effect upon the conversion of this case from Chapter 13 to a case under any other Chapter of the Bankruptcy Code.

Dated this the 3rd day of April, 2009.

/s/ Dwight H. Williams, Jr.
**THE HONORABLE DWIGHT H. WILLIAMS**
**UNITED STATES BANKRUPTCY JUDGE**

This order prepared by:
**/S/Mark A. Baker**
MARK A. BAKER
Attorney for Movant
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA 30329
(770) 234-9181, ext. 1404

This order consented to by:
**/S/Richard D. Shinbaum**
RICHARD D. SHINBAUM, Esq.
Attorney for the Debtor
Post Office Box 201
Montgomery, AL 36101
(334) 269-4440

# DISTRIBUTION LIST

Gary Jerome Paschal
1032 Washington Ave
Montgomery, AL  36104

Richard D. Shinbaum
Post Office Box 201
Montgomery, AL  36101

Curtis C. Reding
P. O. Box 173
Montgomery, AL  36101-0173

Ginger Henley
SunTrust Mortgage, Inc.
P O Box 27767
Richmond, VA  23261

Mark A. Baker
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA  30329